IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-CR-30248-06-MJR |
| ) | |
| CINDY WOMACK, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF RECUSAL**

REAGAN, District Judge:

The indictment in the above-captioned case contains charges against six Defendants. The undersigned District Judge hereby **RECUSES** from all further proceedings *as to Defendant Womack only*. The Clerk of Court shall REASSIGN this matter (as to Defendant Womack) by random draw.

IT IS SO ORDERED.

DATED August 21, 2013.

s/Michael J. Reagan
Michael J. Reagan
United States District Judge

This case (as to Defendant Womack only) is hereby reassigned to the Honorable William D. Stiehl, United States District Judge.