IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-CR-30248-WDS |
| | ) | |
| **CINDY WOMACK,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

**STIEHL, District Judge:**

On August 21, 2013, the United States of America and defendant Cindy Womack consented to appear before Magistrate Judge Clifford J. Proud pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2). At that time, the defendant entered a plea of guilty to Count 1 of the Indictment.

On August 21, 2013, Judge Proud submitted a Report recommending that the undersigned District Judge accept the plea of guilty, that a presentence investigation and report be prepared, and that the defendant be adjudicated guilty and have sentence imposed accordingly (Doc. 100).

The Report included a notice to the parties informing them of their right to appeal by way of filing "Objections" within fourteen (14) days of service of the Report and Recommendation. Neither party has filed an objection, therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct de novo review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985); *Video Views Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

Accordingly, the undersigned District Judge **ADOPTS** Magistrate Judge Clifford J. Proud's Report and Recommendation (Doc. 100), **ACCEPTS** defendant Cindy Womack's plea of guilty, and **ADJUDGES** defendant Cindy Womack guilty of Count 1 of the In-

dictment.

**IT IS SO ORDERED.**

**DATE:  September 11, 2013**

                                          **/s/ WILLIAM D. STIEHL**
                                              **DISTRICT JUDGE**